◼ In the Matter of JOHN F. BRUNO, Respondent, v ADELE LEONARD, as Executive Directrix of the Nassau County Civil Service Commission, et al., Appellants.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the Nassau County Civil Service Commission to reinstate the petitioner to the Civil Service list for police officers resulting from Examination No. 66-676, the appeal is from a judgment of the Supreme Court, Nassau County, dated April 28, 1977, which directed the appellants to re-examine the petitioner as to his blood pressure. Judgment affirmed, without costs or disbursements (see *Matter of Cassidy v Nassau County Civ. Serv. Comm.,* 59 AD2d 763). Hopkins, J. P., Latham, Damiani and Suozzi, JJ., concur.